UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80539-CIV-HURLEY/HOPKINS

**DAVID FEINGOLD,**

    **Plaintiff,**

**v.**

**SCOTT BUDNER, et al.,**

    **Defendants.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S MOTION FOR SANCTIONS

**THIS CAUSE** is before the court upon defendant Scott Budner's motion for sanctions pursuant to Rule 11 [DE # 84], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny defendant's motion [DE # 88]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the Magistrate Judge's report and recommendation as to defendant's motion, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Upon review of the report of the Magistrate Judge, it is hereby **ORDERED** and **ADJUDGED**:

    1.    The Report and Recommendation of the United States Magistrate Judge [DE # 88] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

Order Adopting R & R of Magistrate Judge
Feingold v. Budner, et al.
Case No. 08-80539-CIV-HURLEY/HOPKINS

  2. Defendant Scott Budner's motion for sanctions pursuant to Rule 11 [DE # 84] is

**DENIED**.

  **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of March, 2010.

                _____
                Daniel T. K. Hurley
                United States District Judge

*Copies provided to counsel of record*